*PELUSO & TOUGER, LLP*
*408 BROADWAY*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*
*PH. NO. (212) 608-1234*

April 22, 2026
By ECF
Honorable Denise Cote
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re: United States v. Curis Miller,
         25 Cr. 484 (DLC)

Your Honor,

I write to respectfully request that the Court allow interim vouchers in this matter. As the Court is aware there is a very high volume of Discovery to review in this matter which will then have to be discussed in detail with my client. Thus, it would be very helpful to the financial security of counsel if we could file interim vouchers.

Thank you very much for your consideration in this matter.

Most Respectfully,

David Touger

*[handwritten: Granted,*
*Denise Cote*
*4/23/26]*