UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CURTIS MILLER,

Defendant.

S1 25cr484-4(DLC)

ORDER

---

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for July 22, 2026 at 11:30 AM in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 20, 2026

DENISE COTE
United States District Judge